# EXHIBIT A

**Executive Compensation and Certain Related Party Transactions**
**Reflected in Annual Reports of Advanced Technologies Group, Ltd.**
**For the Fiscal Years Ended 1/31/2002 - 1/31/2009**

| Year Ended | Reported Executive Compensation (See Note 1) | Description / Comments |
|---|---|---|
| 1/31/2002 | $ 150,000.00 | Salaries |
| 1/31/2003 | $ 201,476.00 | Salaries.  Additionally, a $60,000 loan to an officer was forgiven. |
| 1/31/2004 | $ 134,605.00 | Salaries |
| 1/31/2005 | $ 135,308.00 | Salaries |
| 1/31/2006 | $ 275,422.00 | Salaries, benefits and other compensation |
| 1/31/2007 | $ 287,060.00 | Salaries, benefits and other compensation |
| 1/31/2008 | $ 108,626.43 | See Note 2 |
| 1/31/2009 | $ 770,000.00 | See Note 3 |
| Total | $ 2,062,497.43 | |

| Year Ended | Amount Paid to Consulting Firm Owned by Stelmak (See Note 4) | Comments |
|---|---|---|
| 1/31/2006 | $ 160,778.00 | Reflected only in annual report for year ended 1/31/07 |
| 1/31/2007 | $ 106,002.00 | |
| 1/31/2008 | $ 29,488.00 | |
| 1/31/2009 | $ - | |
| Total | $ 296,268.00 | |

Note 1:  ATG's officers during this time period were Alex Stelmak, Abel Raskas and Stan Mashov.

Note 2:  The annual report for the year ended 1/31/08 reports aggregate executive compensation (salaries, benefits and other compensation) of $108,626.43 for that fiscal year, which is the amount reflected in the table above.  The annual report for the following fiscal year, ended 1/31/09, reports Stelmak's and Raskas's salary amounts for the year ended 1/31/08 as $1,562,497 and $1,453,870, respectively.  These amounts include amounts recognized in fiscal 2008 as a salary expense on account of prior fiscal years pursuant to the April 2008 employment agreements between these officers and ATG.  Stelmak and Raskas received the cash payments under the employment agreements in fiscal 2010.  In addition, the annual report for the year ended 1/31/09 lists other compensation of $120,000 for fiscal year ended 1/31/08, described as including "amounts payable for health insurance, home office expenses and transportation costs."

Note 3:  Only Stelmak's and Raskas's compensation is disclosed for the year ended 1/31/09.  The compensation for each of these two officers consists of salary of $250,000, bonus of $75,000, and other compensation (which includes "amounts payable for health insurance, home office expenses and transportation costs") of $60,000, for total compensation of $385,000 per officer.  The amount in the table above does not include the cash payments made in fiscal 2010 for prior fiscal years pursuant to the April 2008 employment agreements.

Note 4:  These payments are described as payments "for marketing, investor relations, business planning, financial services, and public relations consulting services."