# EXHIBIT C

**Summary of Disbursements from ATG Bank Accounts at JPMorgan Chase Bank
From February 28, 2009 through May 28, 2010**

| Payee | Payment Total |
|---|---|
| **Stelmak, Raskas & Their Spouses** | |
| Abelis Raskas | $ 1,972,635.47 |
| Alex Stelmak | $ 1,926,317.01 |
| Irina Stelmak | $    64,935.50 |
| Eugenia / Gina Baumel | $    61,135.50 |
| **Others** | |
| IRS | $ 1,465,517.38 |
| Intuit Payroll | $   372,037.77 |
| State of New Jersey | $   358,905.00 |
| Phillips Nizer LLP | $   280,237.44 |
| Dan Khasis LLC | $   191,200.00 |
| American Express | $   115,137.52 |
| Stan Mashov | $    95,000.00 |
| Andrew Barwicki IR, Inc. | $    35,000.00 |
| Bachrach, Legal Fees | $    34,884.84 |
| ABS Professional Services | $    25,000.00 |
| United States Treasury | $    21,908.70 |
| Margaret Chaffee Consulting | $    21,557.35 |
| PKF | $    20,875.00 |
| Donahue Associates LLC | $    19,500.00 |
| Oxford Health Plans | $    16,879.96 |
| Withdrawals | $    12,672.14 |
| Slapin - Lieb & Co. | $    12,227.06 |
| Warm Home Project | $    10,000.00 |
| Interstate Transfer Company | $     9,043.00 |
| Premium Assignment Corp. | $     8,492.59 |
| Compliance Consulting Group, Inc. | $     8,200.00 |
| Arcady Zaydenverg | $     6,000.00 |
| Credit Line Payment | $     5,265.00 |
| Counsel Press | $     4,750.00 |
| Kfr Office Solutions | $     3,576.73 |
| (illegible) | $     3,521.00 |
| Steve Laich | $     2,555.00 |
| Maan Realty | $     2,450.00 |
| Sharehouse | $     1,500.00 |
| Robert Lott, ESQ | $     1,199.00 |
| Parex Bank Riga Latvia | $     1,000.00 |
| Brian Donahue | $     1,000.00 |
| Bar-Ilan University | $     1,000.00 |
| Maria Rabinovich | $       400.00 |
| Mac Group, Inc | $       375.50 |
| Director of the United States Patent and Trademark Office | $       375.00 |
| Peter Luger Great Neck, NY | $       374.63 |
| Verizon | $       249.93 |
| Incorp Services Inc. | $       198.00 |
| Bank Service Charge | $       158.00 |
| State of Nevada | $       100.00 |
| Shopdeluxe Bus Products | $        98.96 |
| **Grand Total** | **$ 7,195,445.98** |

| | | |
|---|---|---|
| Abelis Raskas | $ | 1,972,635.47 |
| Eugenia / Gina Baumel | $ | 61,135.50 |
| **Total** | **$** | **2,033,770.97** |

| | | |
|---|---|---|
| Alex Stelmak | $ | 1,926,317.01 |
| Irina Stelmak | $ | 64,935.50 |
| **Total** | **$** | **1,991,252.51** |

| | |
|---|---|
| **Total Stelmak, Raskas & Their Spouses** | **$ 4,025,023.48** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | |
|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | |
| | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
| Abelis Raskas | 3/18/2009 | 4402 | Check | 03,04,05,06,07 payroll | $ 1,250,000.00 |
| | 3/20/2009 | 4403 | Check | Payroll 2008 | $ 250,000.00 |
| | 3/20/2009 | 4408 | Check | Jan, Feb, March 09 Home Office Expense Reimbursement | $ 15,000.00 |
| | 4/3/2009 | 4418 | Check | Management Fee (Jan, Feb, March 2009) | $ 62,500.00 |
| | 4/3/2009 | 4422 | Check | Bonus 07, 08 | $ 150,000.00 |
| | 4/3/2009 | 4424 | Check | April Expense Reimbursement | $ 5,000.00 |
| | 5/4/2009 | 4434 | Check | Payroll / April | $ 14,425.58 |
| | 5/4/2009 | 4436 | Check | Expense Reimbursement | $ 5,000.00 |
| | 6/2/2009 | 4455 | Check | Out of Pocket / April 09 | $ 8,244.38 |
| | 6/2/2009 | 4457 | Check | Out of Pocket May / 09 | $ 3,924.43 |
| | 6/5/2009 | 4459 | Check | Legal Out of Pocket / May | $ 494.00 |
| | 6/5/2009 | 4463 | Check | Payroll May / 09 | $ 14,425.58 |
| | 6/10/2009 | 4468 | Check | May 09 Office expense reimbursement | $ 5,000.00 |
| | 7/6/2009 | 4484 | Check | Office Expense Reimbursement June 09 | $ 5,000.00 |
| | 7/6/2009 | 4486 | Check | Payroll June, 2009 | $ 14,425.58 |
| | 7/8/2009 | 4491 | Check | June 09 Expenses as per report | $ 8,614.34 |
| | 9/15/2009 | 4502 | Check | For July 09 Expense Reimbursement | $ 5,061.63 |
| | 9/15/2009 | 4523 | Check | August Expense Reimb | $ 5,000.00 |
| | 10/13/2009 | 4536 | Check | Expense Reimbursement Sept 09 | $ 5,000.00 |
| | 10/22/2009 | 4593 | Check | Medical expense Reimbursement | $ 1,950.00 |
| | 11/4/2009 | 4552 | Check | Oct, Sep 09 Office expense reimbursement | $ 5,000.00 |
| | 11/4/2009 | 4554 | Check | November 09 / (illegible) | $ 1,500.00 |
| | 11/16/2009 | 4559 | Check | AMEX expense reimbursement | $ 2,307.49 |
| | 12/9/2009 | 4571 | Check | November 09 / Reimbursement | $ 5,000.00 |
| | 12/9/2009 | 4572 | Check | December Reimbursement Medical Exp | $ 1,500.00 |
| | 1/19/2010 | 4576 | Check | Office Exp reimbursement / Dec 09 | $ 5,000.00 |
| | 1/19/2010 | 4577 | Check | Jan 2010 Medical Reimb | $ 1,500.00 |
| | 1/19/2010 | 4590 | Check | Bonus | $ 75,000.00 |
| | 2/3/2010 | 4611 | Check | Office Expenses Reimb / Jan 10 | $ 5,000.00 |
| | 2/3/2010 | 4612 | Check | Trip to Israel Amex Reimbursement | $ 7,438.00 |
| | 2/3/2010 | 4613 | Check | Jan 2010 Medical Insurance Reimb | $ 1,500.00 |
| | 2/19/2010 | 4631 | Check | Travel Expense Reimbu | $ 380.07 |
| | 2/19/2010 | 4634 | Check | Feb 2010 / Office Exp Reimb | $ 5,000.00 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| | 2/19/2010 | 4636 | Check | Feb 2010 Medical Reimb | $ | 1,500.00 |
| | 3/10/2010 | 4646 | Check | March Office Exp Reimb | $ | 5,000.00 |
| | 3/10/2010 | 4648 | Check | Medical Insur March 10 | $ | 1,500.00 |
| | 4/7/2010 | 4665 | Check | Office Exp Reimb / April 10 | $ | 5,000.00 |
| | 4/7/2010 | 4667 | Check | April Medical Exp Reimb | $ | 1,500.00 |
| | 5/11/2010 | 4684 | Check | Reimbursement May / 10 | $ | 5,000.00 |
| | 5/11/2010 | 4686 | Check | May 10 Medical Exp Reimb | $ | 1,500.00 |
| | 5/19/2010 | 4693 | Check | Amex Reimbursement ENT / Travel | $ | 6,444.39 |
| Abelis Raskas Total | | | | | $ | 1,972,635.47 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | **Total** | |
| | | | | | | |
| | | | | | | |
| **ABS Professional Services** | 11/6/2009 | 4558 | Check | Recruiting / (illegible) | $ | 25,000.00 |
| **ABS Professional Services Total** | | | | | **$** | **25,000.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| **Alex Stelmak** | 3/18/2009 | 4401 | Check | 03,04,05,06,07,08 payroll | $ | 1,500,000.00 |
| | 3/19/2009 | 4407 | Check | Jan, Feb, March 09 Home Office Expense Reimbursement | $ | 15,000.00 |
| | 4/3/2009 | 4419 | Check | Management Fee (Jan, Feb, March 2009) | $ | 62,500.00 |
| | 4/3/2009 | 4423 | Check | Bonus 2007 / 2008 | $ | 150,000.00 |
| | 4/3/2009 | 4425 | Check | April Expense Reimbursement | $ | 5,000.00 |
| | 5/1/2009 | 4437 | Check | Payroll / April | $ | 14,425.58 |
| | 5/1/2009 | 4439 | Check | Expense Reimbursement / April 09 | $ | 5,000.00 |
| | 5/20/2009 | 4451 | Check | Out of Pocket 4/09 | $ | 3,382.66 |
| | 6/1/2009 | 4462 | Check | Payroll May / 09 | $ | 14,425.58 |
| | 6/8/2009 | 4467 | Check | Out of Pocket May / 09 | $ | 1,541.26 |
| | 6/8/2009 | 4469 | Check | May 09 Office expense reimbursement | $ | 5,000.00 |
| | 7/1/2009 | 4485 | Check | Office Expense Reimbursement June 09 | $ | 5,000.00 |
| | 7/1/2009 | 4489 | Check | Payroll June, 2009 | $ | 14,425.58 |
| | 7/29/2009 | 4503 | Check | Expense Reimbursement / July 09 | $ | 3,828.75 |
| | 9/2/2009 | 4524 | Check | Expense Reimbursement / August 09 | $ | 3,828.76 |
| | 10/2/2009 | 4537 | Check | Expense Reimbursement Sept 09 | $ | 3,828.76 |
| | 10/27/2009 | 4546 | Check | October Medical expense | $ | 1,500.00 |
| | 11/3/2009 | 4553 | Check | Oct 09 Office expense reimbursement | $ | 5,000.00 |
| | 11/3/2009 | 4555 | Check | Nov 09 (illegible) reimbursement | $ | 328.76 |
| | 12/1/2009 | 4573 | Check | Nov 09 Exp Reimbursement | $ | 5,328.76 |
| | 12/17/2009 | 4586 | Check | Medical Reimbursement | $ | 328.76 |
| | 1/12/2010 | 4578 | Check | Office Expense Reimbursement | $ | 5,000.00 |
| | 1/12/2010 | 4591 | Check | Bonus | $ | 75,000.00 |
| | 1/27/2010 | 4615 | Check | Office Expense Reimbursement Jan 10 | $ | 5,000.00 |
| | 1/27/2010 | 4616 | Check | Jan 10 Medical Expense Reimb | $ | 328.76 |
| | 2/17/2010 | 4633 | Check | Feb 2010 / Office Exp Reimb | $ | 5,000.00 |
| | 2/17/2010 | 4635 | Check | Medical expense Reimbursement | $ | 328.76 |
| | 3/8/2010 | 4647 | Check | March 2010 office Exp Reimb | $ | 5,000.00 |
| | 3/8/2010 | 4649 | Check | Medical | $ | 328.76 |
| | 4/2/2010 | 4666 | Check | April 2010 / Office Exp Reimb | $ | 5,000.00 |
| | 4/2/2010 | 4667 | Check | Medical Expense / April 10 | $ | 328.76 |
| | 5/4/2010 | 4685 | Check | May 2010 / Office Exp Reimb | $ | 5,000.00 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | **Total** | |
| | 5/4/2010 | 4687 | Check | May 10 Medical Exp Reimb | $ | 328.76 |
| **Alex Stelmak Total** | | | | | **$** | **1,926,317.01** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| American Express | 3/20/2009 | 4404 | Check | Travel | $ | 205.48 |
| | 4/17/2009 | 4427 | Check | - | $ | 2,139.00 |
| | 4/22/2009 | 4412 | Check | Travel/ NY / Abel | $ | 997.20 |
| | 4/22/2009 | 4428 | Check | Off Computer | $ | 1,360.52 |
| | 5/15/2009 | 4448 | Check | - | $ | 1,378.92 |
| | 6/15/2009 | 4470 | Check | Off Expense | $ | 949.87 |
| | 6/15/2009 | 4493 | Check | June 2009 meals entertainment | $ | 1,004.94 |
| | 6/15/2009 | 4495 | Check | Meals, Entert, etc | $ | 2,420.97 |
| | 7/28/2009 | 4504 | Check | Meals, Entert | $ | 1,931.99 |
| | 8/28/2009 | 4506 | Check | - | $ | 312.42 |
| | 9/8/2009 | - | Other Withdrawal | - | $ | 372.92 |
| | 9/11/2009 | - | Other Withdrawal | - | $ | 791.10 |
| | 9/21/2009 | 4592 | Check | Business Travel Expense A. Raskas | $ | 10,534.07 |
| | 10/13/2009 | 4540 | Check | Travel Expenses | $ | 16,164.41 |
| | 10/13/2009 | 4541 | Check | - | $ | 2,060.58 |
| | 11/6/2009 | - | Other Withdrawal | - | $ | 1,277.75 |
| | 12/2/2009 | 4565 | Check | Meals, Entertain expense reimbursement | $ | 823.96 |
| | 12/7/2009 | - | Other Withdrawal | - | $ | 1,146.74 |
| | 12/11/2009 | 4104 | Check | - | $ | 4,143.33 |
| | 12/14/2009 | 4575 | Check | Liquor gift purchase | $ | 400.00 |
| | 1/12/2010 | - | Other Withdrawal | - | $ | 1,275.22 |
| | 1/29/2010 | 4610 | Check | Travel | $ | 8,496.00 |
| | 2/8/2010 | 4628 | Check | Travel, Marketing, Illegible | $ | 9,079.21 |
| | 3/9/2010 | - | Other Withdrawal | - | $ | 5,241.96 |
| | 3/10/2010 | 4645 | Check | Travel | $ | 10,583.71 |
| | 4/7/2010 | - | Other Withdrawal | - | $ | 7,046.64 |
| | 4/15/2010 | 4675 | Check | - | $ | 2,577.99 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | **Total** | |
| | 5/10/2010 | - | Other Withdrawal | - | $ | 17,232.00 |
| | 5/19/2010 | 4691 | Check | Travel | $ | 3,188.62 |
| **American Express Total** | | | | | **$** | **115,137.52** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | |
| | | | | | |
| **Andrew Barwicki IR, Inc.** | 5/12/2009 | 4445 | Check | May/June 09 P/R | $        4,200.00 |
| | 7/9/2009 | 4483 | Check | - | $        2,800.00 |
| | 8/3/2009 | 4499 | Check | August PR | $        2,800.00 |
| | 9/2/2009 | 4516 | Check | # 9 / 2009 | $        2,800.00 |
| | 10/6/2009 | 4534 | Check | - | $        2,800.00 |
| | 11/5/2009 | 4551 | Check | Nov 2009 / PR | $        2,800.00 |
| | 12/8/2009 | 4570 | Check | PR Dec 09 | $        2,800.00 |
| | 12/24/2009 | 4581 | Check | IR Jan 2010 | $        2,800.00 |
| | 2/9/2010 | 4626 | Check | Febr 2010 | $        2,800.00 |
| | 3/11/2010 | 4651 | Check | - | $        2,800.00 |
| | 4/2/2010 | 4663 | Check | - | $        2,800.00 |
| | 5/4/2010 | 4683 | Check | May 2010 / IR | $        2,800.00 |
| **Andrew Barwicki IR, Inc. Total** | | | | | **$      35,000.00** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| **Arcady Zaydenverg** | 3/19/2009 | 4406 | Check | Expense Reimbursement | $ | 6,000.00 |
| **Arcady Zaydenverg Total** | | | | | **$** | **6,000.00** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| | | | | | | |
| **Bachrach, Legal Fees** | 3/9/2009 | 4389 | Check | - | $ | 794.14 |
| | 4/10/2009 | 4414 | Check | Appeal / Legal Fees | $ | 4,643.00 |
| | 9/9/2009 | 4518 | Check | Legal Fees | $ | 7,460.00 |
| | 10/9/2009 | 4529 | Check | Legal Fees | $ | 7,728.54 |
| | 11/25/2009 | 4563 | Check | - | $ | 7,000.00 |
| | 11/25/2009 | 4564 | Check | - | $ | 7,259.16 |
| | | | | | | |
| **Bachrach, Legal Fees Total** | | | | | $ | 34,884.84 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Bank Service Charge | 3/4/2009 | - | Service Charge | - | $ | 98.00 |
| | 5/5/2009 | - | Service Charge | - | $ | 4.00 |
| | 6/3/2009 | - | Service Charge | - | $ | 4.00 |
| | 8/5/2009 | - | Service Charge | - | $ | 44.00 |
| | 2/3/2010 | - | Service Charge | - | $ | 4.00 |
| | 5/5/2010 | - | Service Charge | - | $ | 4.00 |
| Bank Service Charge Total | | | | | $ | 158.00 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | |
|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | |
| | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
| | | | | | |
| Bar-Ilan University | 4/2/2009 | 4411 | Check | - | $ 1,000.00 |
| Bar-Ilan University Total | | | | | $ 1,000.00 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Brian Donahue | 4/17/2009 | 4417 | Check | - | $ | 1,000.00 |
| Brian Donahue  Total | | | | | $ | 1,000.00 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| **Compliance Consulting Group, Inc.** | 5/5/2009 | 4432 | Check | Accounting | $ | 550.00 |
| | 5/27/2009 | 4449 | Check | April / Accounting | $ | 550.00 |
| | 6/25/2009 | 4476 | Check | Accounting | $ | 550.00 |
| | 7/30/2009 | 4501 | Check | - | $ | 550.00 |
| | 8/31/2009 | 4513 | Check | - | $ | 550.00 |
| | 9/23/2009 | 4527 | Check | Accounting | $ | 550.00 |
| | 10/27/2009 | 4547 | Check | Accounting / Sept | $ | 550.00 |
| | 11/16/2009 | 4560 | Check | (illegible) | $ | 550.00 |
| | 12/16/2009 | 4583 | Check | Accounting | $ | 550.00 |
| | 2/3/2010 | 4621 | Check | - | $ | 550.00 |
| | 2/18/2010 | 4632 | Check | Accounting / End Year | $ | 1,050.00 |
| | 3/31/2010 | 4659 | Check | (illegible) | $ | 550.00 |
| | 4/15/2010 | 4672 | Check | Accounting | $ | 550.00 |
| | 5/13/2010 | 4695 | Check | Accounting / 917 | $ | 550.00 |
| **Compliance Consulting Group, Inc. Total** | | | | | **$** | **8,200.00** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Counsel Press** | 9/28/2009 | 4519 | Check | Legal Printing | $ | 750.00 |
| | 4/19/2010 | 4676 | Check | Printing | $ | 4,000.00 |
| **Counsel Press Total** | | | | | **$** | **4,750.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | | **Total** |
| | | | | | | |
| **Credit Line Payment** | 5/27/2009 | - | Fedwire Debit | - | $ | 5,265.00 |
| | | | | | | |
| **Credit Line Payment Total** | | | | | **$** | **5,265.00** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| | | | | | | |
| **Dan Khasis LLC** | 6/16/2009 | 4471 | Check | Tech Support / June 09 | $ | 3,000.00 |
| | 7/6/2009 | 4482 | Check | July Tech Support | $ | 3,000.00 |
| | 7/21/2009 | - | Online Wire Transfer | Mountain View, CA | $ | 57,000.00 |
| | 8/5/2009 | 4498 | Check | July 09 / Technical Support | $ | 3,000.00 |
| | 9/9/2009 | 4521 | Check | Tech Support / August 09 | $ | 3,000.00 |
| | 10/5/2009 | 4533 | Check | Tech Support Sept 09 | $ | 3,000.00 |
| | 11/4/2009 | 4550 | Check | Oct, 09 Tech Support | $ | 3,000.00 |
| | 11/5/2009 | 4557 | Check | Software (illegible) | $ | 3,800.00 |
| | 12/1/2009 | 4566 | Check | Software Development | $ | 9,850.00 |
| | 12/1/2009 | 4567 | Check | Software Development | $ | 3,000.00 |
| | 1/4/2010 | 4580 | Check | January 2010 Software Supp | $ | 3,000.00 |
| | 1/4/2010 | 4589 | Check | Programming / MovieIdiot | $ | 29,200.00 |
| | 2/3/2010 | 4623 | Check | Software Development | $ | 11,000.00 |
| | 3/12/2010 | 4640 | Check | Programming Feb 10 | $ | 13,500.00 |
| | 3/31/2010 | 4661 | Check | software / website | $ | 19,350.00 |
| | 4/26/2010 | 4605 | Check | illegible | $ | 1,000.00 |
| | 5/3/2010 | 4681 | Check | #1010 | $ | 22,500.00 |
| **Dan Khasis LLC Total** | | | | | **$** | **191,200.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| | | | | | | |
| Director of the United States Patent and Trademark Office | 2/1/2010 | 4608 | Check | MovieIdiot Trademark | $ | 375.00 |
| Director of the United States Patent and Trademark Office Total | | | | | $ | 375.00 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | |
| | | | | | |
| | | | | | |
| **Donahue Associates LLC** | 3/23/2009 | 4393 | Check | 2008 1120 Taxes | $ 900.00 |
| | 3/23/2009 | 4399 | Check | - | $ 400.00 |
| | 6/1/2009 | 4440 | Check | 1/31/09 10K / Certified | $ 4,750.00 |
| | 6/1/2009 | 4444 | Check | Accounting | $ 250.00 |
| | 6/29/2009 | 4465 | Check | Apr 30, 09 Q | $ 850.00 |
| | 9/17/2009 | 4525 | Check | Accounting 10Q | $ 850.00 |
| | 12/1/2009 | 4562 | Check | Accounting | $ 2,000.00 |
| | 3/16/2010 | 4652 | Check | 2009 Return | $ 1,500.00 |
| | 4/14/2010 | 4677 | Check | Audit Services | $ 8,000.00 |
| **Donahue Associates LLC Total** | | | | | **$ 19,500.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | **Total** | |
| | | | | | | |
| **Eugenia / Gina Baumel** | 4/3/2009 | 4420 | Check | Consulting (Jan, Feb, March 2009) | $ | 21,000.00 |
| | 5/4/2009 | 4435 | Check | Payroll / April | $ | 5,578.50 |
| | 6/5/2009 | 4461 | Check | Payroll May / 09 | $ | 5,578.50 |
| | 7/6/2009 | 4487 | Check | Payroll June, 2009 | $ | 5,578.50 |
| | 1/19/2010 | 4602 | Check | Business Consulting | $ | 9,000.00 |
| | 2/19/2010 | 4629 | Check | illegible Services Dec. 09 | $ | 7,500.00 |
| | 2/26/2010 | 4638 | Check | Consulting / Jan 10 | $ | 6,900.00 |
| | | | | | | |
| **Eugenia / Gina Baumel  Total** | | | | | **$** | **61,135.50** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| (illegible) | 11/24/2009 | 4594 | Check | (illegible) | $ | 2,500.00 |
| | 1/20/2010 | 4604 | Check | (illegible) | $ | 1,021.00 |
| (illegible) Total | | | | | $ | 3,521.00 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | **Total** | |
| | | | | | | |
| **Incorp Services Inc.** | 1/19/2010 | 4603 | Check | - | $ | 99.00 |
| | 3/11/2010 | 4653 | Check | Nevada Reg | $ | 99.00 |
| | | | | | | |
| **Incorp Services Inc. Total** | | | | | **$** | **198.00** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | |
| | | | | | |
| | | | | | |
| **Interstate Transfer Company** | 3/12/2009 | 4397 | Check | Info Statement Bonus | $ 350.00 |
| | 4/13/2009 | 4415 | Check | - | $ 337.00 |
| | 6/8/2009 | 4464 | Check | - | $ 3,300.00 |
| | 8/5/2009 | 4505 | Check | Certs | $ 25.00 |
| | 9/8/2009 | 4510 | Check | Certs | $ 526.00 |
| | 1/25/2010 | 4601 | Check | Certs | $ 25.00 |
| | 2/5/2010 | 4619 | Check | - | $ 3,960.00 |
| | 2/16/2010 | 4625 | Check | - | $ 250.00 |
| | 3/23/2010 | 4657 | Check | Certs | $ 270.00 |
| **Interstate Transfer Company Total** | | | | | **$ 9,043.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Intuit Payroll | 5/12/2009 | - | Other Withdrawal | - | $ | 0.31 |
| | 7/27/2009 | - | Other Withdrawal | - | $ | 40,008.16 |
| | 8/27/2009 | - | Other Withdrawal | - | $ | 40,008.06 |
| | 9/29/2009 | - | Other Withdrawal | - | $ | 42,264.96 |
| | 10/29/2009 | - | Other Withdrawal | - | $ | 42,591.50 |
| | 11/27/2009 | - | Other Withdrawal | - | $ | 31,434.48 |
| | 12/30/2009 | - | Other Withdrawal | - | $ | 31,434.50 |
| | 1/28/2010 | - | Other Withdrawal | - | $ | 28,859.16 |
| | 2/25/2010 | - | Other Withdrawal | - | $ | 28,859.16 |
| | 3/30/2010 | - | Other Withdrawal | - | $ | 28,859.16 |
| | 4/29/2010 | - | Other Withdrawal | - | $ | 28,859.16 |
| | 5/27/2010 | - | Other Withdrawal | - | $ | 28,859.16 |
| Intuit Payroll  Total | | | | | $ | 372,037.77 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | **Total** | |
| | | | | | | |
| **Irina Stelmak** | 4/3/2009 | 4421 | Check | Consulting | $ | 21,000.00 |
| | 5/1/2009 | 4438 | Check | Payroll / April | $ | 5,578.50 |
| | 6/1/2009 | 4460 | Check | Payroll May / 09 | $ | 5,578.50 |
| | 7/1/2009 | 4488 | Check | Payroll June, 2009 | $ | 5,578.50 |
| | 1/12/2010 | 4600 | Check | Business Consulting | $ | 13,350.00 |
| | 2/12/2010 | 4630 | Check | Consulting Dec 2009 | $ | 7,100.00 |
| | 3/8/2010 | 4639 | Check | Consulting / Jan 2010 | $ | 6,750.00 |
| **Irina Stelmak Total** | | | | | **$** | **64,935.50** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
| | | | | | | |
| **IRS** | 5/18/2009 | 4443 | Check | - | $ | 287,010.00 |
| | 6/15/2009 | - | Other Withdrawal | - | $ | 19,917.00 |
| | 6/16/2009 | - | Other Withdrawal | - | $ | 287,010.00 |
| | 7/15/2009 | - | Other Withdrawal | - | $ | 19,917.00 |
| | 8/17/2009 | - | Other Withdrawal | - | $ | 19,916.99 |
| | 9/15/2009 | - | Other Withdrawal | - | $ | 306,927.00 |
| | 10/14/2009 | - | Other Withdrawal | - | $ | 15,406.40 |
| | 11/16/2009 | - | Other Withdrawal | - | $ | 14,750.33 |
| | 12/14/2009 | - | Other Withdrawal | - | $ | 297,846.34 |
| | 2/1/2010 | - | Other Withdrawal | - | $ | 15,995.00 |
| | 2/2/2010 | - | Other Withdrawal | - | $ | 10,836.33 |
| | 2/26/2010 | - | Other Withdrawal | - | $ | 15,995.00 |
| | 3/30/2010 | - | Other Withdrawal | - | $ | 15,995.00 |
| | 4/15/2010 | - | Other Withdrawal | - | $ | 122,000.00 |
| | 4/28/2010 | - | Other Withdrawal | - | $ | 15,994.99 |
| **IRS Total** | | | | | **$** | **1,465,517.38** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
|---|---|---|---|---|---|
| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | |
| From February 28, 2009 through May 28, 2010 | | | | | |
| | | | | | |
| | | | | | |
| **Kfr Office Solutions** | 3/4/2009 | - | EFT | - | $ 207.27 |
| | 4/6/2009 | - | EFT | - | $ 228.32 |
| | 5/4/2009 | - | EFT | - | $ 233.36 |
| | 6/3/2009 | - | EFT | - | $ 210.41 |
| | 7/3/2009 | - | EFT | - | $ 199.93 |
| | 8/5/2009 | - | EFT | - | $ 255.57 |
| | 9/8/2009 | - | EFT | - | $ 240.59 |
| | 10/6/2009 | - | EFT | - | $ 239.51 |
| | 11/4/2009 | - | EFT | - | $ 260.24 |
| | 12/4/2009 | - | EFT | - | $ 222.51 |
| | 1/8/2010 | - | EFT | - | $ 223.76 |
| | 2/3/2010 | - | EFT | - | $ 220.31 |
| | 3/3/2010 | - | EFT | - | $ 254.65 |
| | 4/2/2010 | - | EFT | - | $ 337.54 |
| | 5/4/2010 | - | EFT | - | $ 242.76 |
| | | | | | |
| **Kfr Office Solutions Total** | | | | | **$ 3,576.73** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Maan Realty | 3/9/2010 | 4650 | Check | Consulting | $ | 2,450.00 |
| Maan Realty  Total | | | | | $ | 2,450.00 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Mac Group, Inc. | 5/10/2010 | 4606 | Check | illegible Ins San Francisco | $ | 375.50 |
| Mac Group, Inc. Total | | | | | $ | 375.50 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | |
| | | | | | |
| | | | | | |
| **Margaret Chaffee Consulting** | 12/22/2009 | 4582 | Check | December Internet Consulting | $    4,000.00 |
| | 2/10/2010 | 4624 | Check | - | $    4,000.00 |
| | 3/11/2010 | 4643 | Check | # 2 Febr 2010 | $    4,000.00 |
| | 4/12/2010 | 4669 | Check | - | $    4,000.00 |
| | 5/21/2010 | 4697 | Check | #4  May 2010 | $    4,000.00 |
| | 5/21/2010 | 4698 | Check | 2.0 Expo Expenses Reimbursement | $    1,557.35 |
| **Margaret Chaffee Consulting Total** | | | | | $   21,557.35 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| **Maria Rabinovich** | 7/3/2009 | 4473 | Check | Legal Work | $ | 100.00 |
| | 9/22/2009 | 4517 | Check | Legal / July 09 | $ | 100.00 |
| | 3/18/2010 | 4637 | Check | Legal Fees | $ | 200.00 |
| **Maria Rabinovich Total** | | | | | **$** | **400.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| **Payee** | **Date on Account Statement** | **Trans/Check #** | **Transaction Description** | **Payment Reference or Memo** | **Total** | |
| | | | | | | |
| **Oxford Health Plans** | 3/2/2009 | 4388 | Check | - | $ | 999.08 |
| | 4/2/2009 | 4413 | Check | - | $ | 999.08 |
| | 5/5/2009 | 4431 | Check | - | $ | 999.08 |
| | 6/2/2009 | 4456 | Check | - | $ | 999.08 |
| | 7/2/2009 | 4480 | Check | - | $ | 1,171.24 |
| | 7/28/2009 | 4496 | Check | - | $ | 1,171.24 |
| | 8/31/2009 | 4509 | Check | - | $ | 1,171.24 |
| | 10/5/2009 | 4535 | Check | - | $ | 1,171.24 |
| | 11/2/2009 | 4548 | Check | - | $ | 1,171.24 |
| | 12/1/2009 | 4568 | Check | - | $ | 1,171.24 |
| | 12/24/2009 | 4588 | Check | - | $ | 1,171.24 |
| | 1/28/2010 | 4614 | Check | - | $ | 1,171.24 |
| | 3/8/2010 | 4641 | Check | - | $ | 1,171.24 |
| | 4/1/2010 | 4660 | Check | - | $ | 1,171.24 |
| | 5/3/2010 | 4679 | Check | - | $ | 1,171.24 |
| | | | | | | |
| **Oxford Health Plans Total** | | | | | $ | 16,879.96 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
| | | | | | | |
| **Parex Bank Riga Latvia** | 7/10/2009 | - | Online Wire Transfer | For Software Consulting | $ | 1,000.00 |
| **Parex Bank Riga Latvia Total** | | | | | **$** | **1,000.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | |
| From February 28, 2009 through May 28, 2010 | | | | | |
| | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
| | | | | | |
| | | | | | |
| Peter Luger Great Neck, NY | 5/11/2009 | 7921 | Card Purchase | 5/2009 purchase date | $          374.63 |
| Peter Luger Great Neck, NY Total | | | | | $          374.63 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Phillips Nizer LLP | 3/4/2009 | 4387 | Check | - | $ | 4,800.00 |
| | 3/19/2009 | 4400 | Check | Legal Fees | $ | 28,000.00 |
| | 3/24/2009 | 4410 | Check | Legal Fees | $ | 21,985.30 |
| | 5/27/2009 | 4453 | Check | - | $ | 17,063.45 |
| | 6/2/2009 | 4458 | Check | - | $ | 7,196.98 |
| | 6/24/2009 | 4478 | Check | Legal | $ | 13,256.77 |
| | 7/2/2009 | 4479 | Check | - | $ | 29,731.16 |
| | 7/21/2009 | 4494 | Check | - | $ | 40,207.00 |
| | 8/31/2009 | 4507 | Check | - | $ | 10,319.60 |
| | 8/31/2009 | 4508 | Check | - | $ | 10,261.25 |
| | 8/31/2009 | 4512 | Check | - | $ | 2,500.00 |
| | 9/22/2009 | 4531 | Check | - | $ | 24,693.09 |
| | 10/22/2009 | 4544 | Check | - | $ | 4,677.50 |
| | 10/22/2009 | 4545 | Check | - | $ | 16,881.88 |
| | 12/4/2009 | 4574 | Check | - | $ | 8,238.58 |
| | 12/18/2009 | 4585 | Check | - | $ | 10,366.70 |
| | 1/25/2010 | 4609 | Check | = | $ | 1,200.00 |
| | 1/27/2010 | 4617 | Check | - | $ | 10,169.50 |
| | 3/8/2010 | 4642 | Check | - | $ | 11,350.00 |
| | 3/19/2010 | 4656 | Check | - | $ | 1,330.78 |
| | 3/22/2010 | 4658 | Check | - | $ | 765.40 |
| | 5/3/2010 | 4680 | Check | - | $ | 5,242.50 |
| Phillips Nizer LLP Total | | | | | $ | 280,237.44 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| **PKF** | 1/15/2010 | 4605 | Check | Accounting Consulting | $ | 7,920.00 |
| | 1/29/2010 | 4618 | Check | Accounting | $ | 5,860.00 |
| | 4/30/2010 | 4678 | Check | Accounting Services | $ | 4,800.00 |
| | 5/14/2010 | 4696 | Check | Final | $ | 2,295.00 |
| **PKF Total** | | | | | **$** | **20,875.00** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Premium Assignment Corp.** | 3/5/2009 | 4395 | Check | - | $            848.39 |
| | 4/10/2009 | 4429 | Check | - | $            848.39 |
| | 6/2/2009 | 4454 | Check | - | $         6,795.81 |
| **Premium Assignment Corp. Total** | | | | | **$         8,492.59** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | |
|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | |
| | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
| | | | | | |
| Robert Lott, ESQ | 4/14/2010 | 4670 | Check | Legal | $ 1,199.00 |
| Robert Lott, ESQ Total | | | | | $ 1,199.00 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Sharehouse | 5/7/2009 | 4430 | Check | - | $ | 1,500.00 |
| Sharehouse  Total | | | | | $ | 1,500.00 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | |
|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | |
| | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
| | | | | | |
| Shopdeluxe Bus Products | 9/8/2009 | - | Other Withdrawal | - | $ 98.96 |
| Shopdeluxe Bus Products Total | | | | | $ 98.96 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Slapin - Lieb & Co. | 2/9/2010 | 4622 | Check | (Legal Insurance) | $ | 12,227.06 |
| Slapin - Lieb & Co. Total | | | | | $ | 12,227.06 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
| | | | | | | |
| **Stan Mashov** | 4/3/2009 | 4426 | Check | Bonus | $ | 40,000.00 |
| | 7/2/2009 | 4472 | Check | Reimbursement / ATG Board | $ | 2,500.00 |
| | 7/8/2009 | 4481 | Check | ATG Board Member Reimbursement | $ | 2,500.00 |
| | 8/4/2009 | 4497 | Check | Board Member Reimbursement | $ | 2,500.00 |
| | 9/4/2009 | 4520 | Check | Sept Board Member Reimbursement | $ | 2,500.00 |
| | 10/5/2009 | 4532 | Check | Octob. 09 reimbursement Board Member expense | $ | 2,500.00 |
| | 11/4/2009 | 4549 | Check | Board Member Reimbursement | $ | 2,500.00 |
| | 12/8/2009 | 4569 | Check | Dec 09 Board Member Reimbursement | $ | 2,500.00 |
| | 1/6/2010 | 4579 | Check | Jan 2010 Board Member Reimbursement | $ | 2,500.00 |
| | 1/19/2010 | 4606 | Check | Bonus / 09 | $ | 25,000.00 |
| | 2/12/2010 | 4627 | Check | Feb Board of Directors Reimbursement | $ | 2,500.00 |
| | 3/8/2010 | 4644 | Check | 2010 March Reimbursement | $ | 2,500.00 |
| | 4/7/2010 | 4662 | Check | April Board Member Reimb | $ | 2,500.00 |
| | 5/17/2010 | 4682 | Check | Board Member Reimbursement | $ | 2,500.00 |
| **Stan Mashov Total** | | | | | **$** | **95,000.00** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
| | | | | | | |
| State of Nevada | 3/2/2009 | 4390 | Check | - | $ | 100.00 |
| State of Nevada Total | | | | | $ | 100.00 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **State of New Jersey** | 3/9/2009 | 4391 | Check | - | $ | 550.00 |
| | 3/9/2009 | 4392 | Check | - | $ | 520.00 |
| | 3/9/2009 | 4394 | Check | Estimated Income Tax | $ | 520.00 |
| | 3/9/2009 | 4396 | Check | 4 Installments @ 130=520 | $ | 520.00 |
| | 5/28/2009 | 4442 | Check | - | $ | 101,138.00 |
| | 3/30/2010 | 4654 | Check | - | $ | 156,657.00 |
| | 4/15/2010 | 4671 | Check | First Quarter 2010 | $ | 99,000.00 |
| | | | | | | |
| **State of New Jersey  Total** | | | | | **$** | **358,905.00** |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total |
|---|---|---|---|---|---|
| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | |
| From February 28, 2009 through May 28, 2010 | | | | | |
| | | | | | |
| Steve Laich | 3/3/2009 | 4386 | Check | Edgar Filing | $ 80.00 |
| | 3/26/2009 | 4409 | Check | EDGAR | $ 80.00 |
| | 5/26/2009 | 4450 | Check | Edgar 10K / 08 | $ 320.00 |
| | 6/23/2009 | 4474 | Check | 10 Q EDGAR | $ 80.00 |
| | 7/29/2009 | 4500 | Check | - | $ 80.00 |
| | 9/1/2009 | 4515 | Check | - | $ 80.00 |
| | 9/16/2009 | 4526 | Check | - | $ 80.00 |
| | 9/18/2009 | 4528 | Check | EDGAR G3462 | $ 80.00 |
| | 11/24/2009 | 4561 | Check | (illegible) EDGAR | $ 485.00 |
| | 12/21/2009 | 4584 | Check | EDGAR 10K | $ 80.00 |
| | 1/15/2010 | 4604 | Check | EDGAR | $ 80.00 |
| | 1/25/2010 | 4607 | Check | EDGAR | $ 80.00 |
| | 2/2/2010 | 4620 | Check | - | $ 480.00 |
| | 3/18/2010 | 4655 | Check | - | $ 230.00 |
| | 5/7/2010 | 4690 | Check | EDGAR | $ 240.00 |
| Steve Laich Total | | | | | $ 2,555.00 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| | | | | | | |
| **United States Treasury** | 5/22/2009 | 4446 | Check | Payment for Federal Income Tax, Medicare, Social Security | $ | 19,917.00 |
| | 10/9/2009 | 4538 | Check | - | $ | 1,991.70 |
| | | | | | | |
| **United States Treasury Total** | | | | | $ | **21,908.70** |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
|---|---|---|---|---|---|---|
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Verizon | 3/9/2009 | 4398 | Check | - | $ | 27.58 |
| | 4/6/2009 | 4416 | Check | - | $ | 27.58 |
| | 5/18/2009 | 4447 | Check | - | $ | 27.75 |
| | 6/8/2009 | 4466 | Check | - | $ | 27.76 |
| | 7/2/2009 | 4490 | Check | - | $ | 27.75 |
| | 8/28/2009 | 4511 | Check | - | $ | 27.90 |
| | 9/8/2009 | 4522 | Check | - | $ | 27.90 |
| | 10/5/2009 | 4539 | Check | - | $ | 27.88 |
| | 11/6/2009 | 4556 | Check | - | $ | 27.83 |
| Verizon Total | | | | | $ | 249.93 |

| Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank | | | | | | |
| From February 28, 2009 through May 28, 2010 | | | | | | |
| | | | | | | |
| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | | Total |
| | | | | | | |
| Warm Home Project | 3/25/2009 | 4405 | Check | Donation | $ | 10,000.00 |
| Warm Home Project  Total | | | | | $ | 10,000.00 |

| Payee | Date on Account Statement | Trans/Check # | Transaction Description | Payment Reference or Memo | Total | |
|---|---|---|---|---|---|---|
| **Disbursements Detail from ATG Bank Accounts at JPMorgan Chase Bank** | | | | | | |
| **From February 28, 2009 through May 28, 2010** | | | | | | |
| | | | | | | |
| **Withdrawal** | 7/29/2009 | - | Withdrawal | - | $ | 5,073.57 |
| | 8/3/2009 | - | Withdrawal | - | $ | 5,098.57 |
| | 4/9/2010 | 4674 | Check | Petty Cash / Business Trip Expense | $ | 2,400.00 |
| | 5/11/2010 | - | - | - | $ | 100.00 |
| **Withdrawal Total** | | | | | **$** | **12,672.14** |