# EXHIBIT E

| | | | | | |
|---|---|---|---|---|---|
| **Examples of ATG Disbursements to Persons & Entities Located Outside of the United States** | | | | | |
| **JP Morgan Chase Bank** | | | | | |
| **From April 2002 through January 2009** | | | | | |
| | | | | | |
| **Date** | **Description** | **Payee** | **Country or Location** | **Reference or Memo** | **Amount** |
| 4/12/2002 | CBC Intl'l Purchase | Zemaiciu Lansa Resort | Lithuania | - | Illegible |
| 4/11/2002 | CBC Intl'l Purchase | Restoranas Neringa | Lithuania | - | Illegible |
| 4/12/2002 | CBC Intl'l Purchase | Restoranas Neringa | Lithuania | - | Illegible |
| 4/15/2002 | CBC Intl'l Purchase | Aeroflot / Gertrudes | Latvia | - | Illegible |
| 6/30/2004 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 21,700.00 |
| 6/30/2004 | Funds Transfer (international) | Ooo neva | - | - | $ 9,000.00 |
| 8/2/2004 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 18,474.00 |
| 8/2/2004 | Funds Transfer (international) | Ooo neva | - | - | $ 9,000.00 |
| 8/31/2004 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 23,571.00 |
| 8/31/2004 | Funds Transfer (international) | Ooo neva | - | - | $ 9,000.00 |
| 9/24/2004 | CBC Intl'l Purchase | Taxi Libert | France | - | $ 67.01 |
| 9/27/2004 | CBC Intl'l Purchase | Westminster | France | - | $ 1,391.54 |
| 10/1/2004 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 16,500.00 |
| 10/1/2004 | Funds Transfer (international) | Ooo neva | - | - | $ 9,500.00 |
| 9/23/2004 | CBC Intl'l Purchase | Westekspres | Latvia | - | $ 660.98 |
| 11/1/2004 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 25,500.00 |
| 11/1/2004 | Funds Transfer (international) | Ooo neva | - | - | $ 9,500.00 |
| 11/25/2004 | CBC Intl'l Purchase | Steak & Seafood House | Concord, CD | - | $ 189.61 |
| 12/2/2004 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 27,900.00 |
| 12/2/2004 | Funds Transfer (international) | Ooo neva | - | - | $ 9,500.00 |
| 12/30/2004 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 26,400.00 |
| 12/30/2004 | Funds Transfer (international) | Ooo neva | - | - | $ 9,500.00 |
| 2/2/2005 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 21,900.00 |
| 2/2/2005 | Funds Transfer (international) | Ooo neva | - | - | $ 14,000.00 |
| 3/1/2005 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 23,600.00 |
| 3/1/2005 | Funds Transfer (international) | Ooo neva | - | - | $ 14,000.00 |
| 3/1/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 600.00 |
| 4/5/2005 | Funds Transfer (international) | Eesti Uhispank | - | - | $ 31,400.00 |
| 4/5/2005 | Funds Transfer (international) | Ooo neva | - | - | $ 9,500.00 |
| 4/5/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 600.00 |
| 4/28/2005 | Funds Transfer (international) | Seb Eesti Uhispank | - | - | $ 34,900.00 |
| 4/28/2005 | Funds Transfer (international) | Ooo neva | - | - | $ 9,500.00 |
| 4/28/2005 | Funds Transfer (international) | Novaya Moskva/Nomos Bank | - | - | $ 600.00 |
| 7/1/2005 | Funds Transfer (international) | Seb Eesti Uhispank | - | - | $ 37,400.00 |
| 7/1/2005 | Funds Transfer (international) | Ooo neva | - | - | $ 13,000.00 |
| 7/1/2005 | Funds Transfer (international) | Dmitry Vladimirovich Finkelsht | - | - | $ 1,000.00 |
| 7/1/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 600.00 |
| 8/2/2005 | Funds Transfer (international) | Seb Eesti Uhispank | - | - | $ 37,400.00 |
| 8/2/2005 | Funds Transfer (international) | Ooo neva | - | - | $ 13,000.00 |
| 8/2/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 600.00 |
| 9/2/2005 | Funds Transfer (international) | Seb Eesti Uhispank | - | - | $ 37,400.00 |
| 9/2/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 600.00 |
| 10/3/2005 | Funds Transfer (international) | Seb Eesti Uhispank | - | - | $ 34,500.00 |
| 10/3/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 1,000.00 |
| 11/7/2005 | Funds Transfer (international) | Ooo neva | - | - | $ 14,500.00 |
| 11/7/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 200.00 |
| 12/1/2005 | Funds Transfer (international) | Seb Eesti Uhispank | - | - | $ 38,900.00 |

| Date | Description | Payee | Country or Location | Reference or Memo | Amount |
|---|---|---|---|---|---|
| 12/1/2005 | Funds Transfer (international) | Bank Novaya Moskva/Nomos-Bank | - | - | $ 600.00 |
| 3/30/2006 | Funds Transfer (international) | Microsoft Ireland Operations | - | - | $ 37,450.00 |
| 9/6/2006 | Funds Transfer (international) | Rietumu Banka | - | - | $ 42,650.00 |
| 9/6/2006 | Funds Transfer (international) | Dmitrii Vladimirovich | - | - | $ 2,000.00 |
| 11/6/2006 | Book Transfer Debit | Rietumu Banka | Latvia | Computer Parts | $ 41,650.00 |
| 11/6/2006 | Chips Debit | Ooo neva | Russia | - | $ 15,000.00 |
| 11/6/2006 | Chips Debit | Finkelshtein, Dmitrii Vladimir | Russia | - | $ 2,000.00 |
| 12/1/2006 | Book Transfer Debit | Rietumu Banka | Latvia | Computer Parts for Inv | $ 41,150.00 |
| 12/1/2006 | Chips Debit | Ooo neva | Russia | - | $ 15,000.00 |
| 12/1/2006 | Chips Debit | Dmitrii Vladimirovich Finkelsh | Russia | - | $ 2,000.00 |
| 12/11/2006 | Book Transfer Debit | Rietumu Banka | Latvia | Computer Parts for Inventory | $ 25,000.00 |
| 12/12/2006 | Chips Debit | Ooo neva | Russia | - | $ 5,000.00 |
| 12/21/2006 | Book Transfer Debit | Rietumu Banka | Latvia | Computer Parts for Inv | $ 30,000.00 |
| 12/21/2006 | Chips Debit | Ooo | Russia | - | $ 15,000.00 |
| 9/4/2007 | Book Transfer Debit | As Sampo Pank | Estonia | Payment For Services For Period of Sept. 1-Sept 30, 2007 | $ 33,250.00 |
| 9/12/2007 | Book Transfer Debit | As Sampo Pank | Estonia | Payment For Services For Period of August 1-August 30. 2007 | $ 28,250.00 |