# EXHIBIT H

**Summary of Selected Cash Flows**

**FX3000, Inc. / Oxford Global Network, Ltd.**

| Year ended 10/31/98 | | |
|---|---:|---:|
| Net cash used by operations | | (83,542) |
| Net cash used by investing activities | | (554,381) |
| Net cash provided by financing activities | | 618,198 |
|     Sources of cash from financing activities: | | |
|     Issuance of common stock | 587,412 | |
|     Loan from shareholder | 49,286 | |

| Year ended 10/31/99 | | |
|---|---:|---:|
| Net cash used by operations | | (1,390,411) |
| Net cash used by investing activities | | (383,158) |
| Net cash provided by financing activities | | 2,436,584 |
|     Source of cash from financing activities: | | |
|     Issuance of common stock | 2,605,870 | |

| Three months from 11/1/99 to 1/31/00 | | |
|---|---:|---:|
| Net cash used by operations | | (616,672) |
| Net cash used by investing activities | | (175,534) |
| Net cash provided by financing activities | | 735,500 |
|     Sources of cash from financing activities: | | |
|     Subscriptions receivable | 120,000 | |
|     Issuance of common stock | 615,500 | |

**Luxury Lounge, Inc.**

| Year ended 12/31/99 | | |
|---|---:|---:|
| Net cash used by operations | | (78,291) |
| Net cash used by investing activities | | (11,232) |
| Net cash provided by financing activities | | 89,523 |
|     Sources of cash from financing activities: | | |
|     Issuance of common stock | 13,667 | |
|     Loan from shareholder | 75,856 | |

| Year ended 12/31/00 | | |
|---|---:|---:|
| Net cash used by operations | | (1,837,192) |
| Net cash used by investing activities | | (137,426) |
| Net cash provided by financing activities | | 2,085,150 |
|     Source of cash from financing activities: | | |
|     Stock subscriptions received | 2,455,890 | |

**Advanced Technologies Group, Ltd.**

| Year ended 1/31/01 | | |
|---|---:|---:|
| Net cash used by operations | | (772,757) |
| Net cash used by investing activities | | (45,179) |
| Net cash provided by financing activities | | 199,925 |
|     Sources of cash from financing activities: | | |
|     Issuance of convertible debentures | 175,000 | |
|     Issuance of common stock | 1,500 | |
|     Shareholder advances received | 85,000 | |

Note: The numbers above are as reported in the annual report for the year ended 1/31/02, and appear to reflect consolidated information for ATG and Luxury Lounge, Inc.

| Year ended 1/31/2002 | | | |
|---|---:|---:|---:|
| Net cash used by operations | | (487,970) | *(599,685)* |
| Net cash used by investing activities | | (1,324,719) | |
| Net cash provided by financing activities | | 2,110,868 | *2,222,583* |
|     Sources of cash from financing activities: | | | |
|     Issuance of preferred stock and detachable warrants | 2,343,066 | | *2,474,814* |
|     Acquisition of Luxury Lounge | 71,371 | | |

Note: The numbers above are as reported in the annual report for the year ended 1/31/03. The numbers reported in the annual report for the year ended 1/31/02, to the extent they differ, are noted on the margin in italics.

| Year ended 1/31/03 | | | |
|---|---:|---:|---:|
| Net cash used by operations | | (2,016,605) | *(1,992,944)* |
| Net cash used by investing activities | | (54,497) | |
| Net cash provided by financing activities | | 1,971,599 | *1,947,938* |
|     Sources of cash from financing activities: | | | |
|     Issuance of common stock | 0 | | *757,972* |
|     Issuance of preferred stock | 1,236,894 | | *1,213,233* |
|     Subscriptions received (preferred stock) | 757,972 | | |

Note: The numbers above are as reported in the annual report for the year ended 1/31/04. The numbers reported in the annual report for the year ended 1/31/03, to the extent they differ, are noted on the margin in italics.

| Year ended 1/31/04 | | |
|---|---:|---:|
| Net cash used by operations | | (959,428) |
| Net cash used by investing activities | | (23,549) |
| Net cash provided by financing activities | | 1,127,584 |
|     Sources of cash from financing activities: | | |
|     Issuance of common stock | 93,000 | |
|     Issuance of preferred stock | 718,410 | |
|     Subscriptions received (preferred stock) | 429,307 | |

| Year ended 1/31/05 | | |
|---|---|---|
| Selected Cash Flows | | |
| Net cash used by operations | | (831,166) |
| Net cash used by investing activities | | (35,051) |
| Net cash provided by financing activities | | 1,101,908 |
| Source of cash from financing activities: | | |
| Subscriptions received (preferred stock) | 1,209,196 | |

| Year ended 1/31/2006 | | |
|---|---|---|
| Net cash used by operations | | (719,983) |
| Net cash used by investing activities | | (8,694) |
| Net cash provided by financing activities | | 573,705 |
| Source of cash from financing activities: | | |
| Issuance of preferred stock | 626,348 | |

| Year ended 1/31/2007 | | |
|---|---|---|
| Net cash used by operations | | (456,367) |
| Net cash used by investing activities | | (11,962) |
| Net cash provided by financing activities | | 287,835 |
| Source of cash from financing activities: | | |
| Issuance of preferred stock | 304,763 | |